IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

---------------------------------------------------

FYNETTA J. EDWARDS-CARPIO,　　　　　Case No. 5:22-cv-00346-BO-RN
　　　　　　　　Plaintiff
　　　　　v.　　　　　　　　　　　　:
KILOLO KIJAKAZI,　　　　　　　　　:
Acting Commissioner of Social　　:
Security,　　　　　　　　　　　　 :
　　　　　　　　Defendant　　　　 :

---------------------------------------------------

### Order Excusing Counsel Russell Bowling from Oral Argument

Before the Court is the Motion to Excuse Eastern District of North Carolina

Admitted Attorney Russell Bowling from oral argument at 10:30 AM EDT on

Wednesday, June 21, 2023. Based on the pleadings indicating that Andrew A.

Flemming, Counsel affiliated with the Olinsky Law Group, who has filed a Special

Appearance in this matter and has extensive experience with Social Security appeals

nationally and who, with Attorney Russell Bowling as *Of Counsel*, files frequently in this

jurisdiction; as well as the position of the Defendant;

IT IS HEREBY ORDERED that counsel for Plaintiff Russell Bowling is excused

from oral argument.

SO ORDERED.

Date: __6-16-23__　　　　　　　　　__Terrence Boyle__
　　　　　　　　　　　　　　　　　Hon. Terrence W. Boyle
　　　　　　　　　　　　　　　　　United States District Judge