UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| FYNETTA J. EDWARDS-CARPIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | 5:22-CV-346-BO-RN |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff is 49 years old at the present time and would not grid out if found to be able only to perform sedentary work. The ALJ found that she could perform light work with exceptions. The record in this case establishes that there is substantial evidence to support the ALJ's finding that she can do light work and that the limitations are reasonable and appropriate. Plaintiff had severe impairments of degenerative disorders of the lumbar spine and neck, obesity, depression, bipolar and related disorders, and post-traumatic stress disorder. The ALJ found that plaintiff's past relevant work was as an administrative clerk, a receptionist, a paralegal, a child monitor, and an interpreter. The ALJ found she could perform light work with exceptions. This finding is supported by substantial evidence. The decision of the ALJ is affirmed.

**This judgment filed and entered on June 23, 2023, and served on:**
Russell R. Bowling (via CM/ECF NEF)
Andrew Austin Flemming (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)

June 23, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk